**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**RICHARD SMITH**                                                                                     **PLAINTIFF**

**V.**                                                               **NO. 4:16-CV-234-DMB-RP**

**SOCIAL SECURITY COMMISSIONER,
NANCY BERRYHILL**                                                   **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 29, 2016, United States Magistrate Judge Roy Percy issued a Report and Recommendation recommending that Richard Smith's motion to proceed *in forma pauperis* be denied. Doc. #4. The Report and Recommendation advised that "in the event [Smith] desires to file objections to these findings and recommendations:"

> Objections are required to be (1) specific, (2) in writing, and (3) filed within fourteen (14) days of this date. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Plaintiff's failure to file written objections to the proposed findings, conclusions, and recommendations in a magistrate judge's report and recommendation within 14 days after being served with a copy bars Plaintiff from: (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1998), and (2) appellate review, except on grounds of plain error, of unobjected-to proposed factual findings and legal conclusions accepted by the district court…." *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (*en banc*) (citations omitted).

*Id.* at 3.

To date, no objections to the Report and Recommendation have been filed or served. Accordingly, this Court's review of the Report and Recommendation is limited to plain error. *Morales v. Mosley*, No. 3:13-cv-848, 2014 WL 5410326, at *2 (S.D. Miss. Oct. 22, 2014) (citing *Shelby v. City of El Paso*, 577 F. App'x 327, 331 (5th Cir. 2014) ("When there has been no objection to a report and recommendation, review is limited to plain error.").

The Court has reviewed the Report and Recommendation and found no plain error. It is, therefore, **ORDERED**:

1. The December 29, 2016, Report and Recommendation [4] is **ADOPTED** as the order of the Court; and

2. Smith's motion to proceed *in forma pauperis* is **DENIED**. Smith has fourteen (14) days from the date of this order to pay the standard civil filing fee of $400.00. Failure to comply with this order and pay the filing fee will result in the dismissal of Smith's complaint under Federal Rule of Civil Procedure 41(a) without further notice.

**SO ORDERED**, this 27th day of April, 2017.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**